# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2013

147250

CHRISTINE G. YEARRY,
        Plaintiff-Appellee,

v

SUMMIT POLYMERS, INC.,
        Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147250
COA: 305563
WCAC: 10-000124

_____/

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2013



Clerk

t0903